UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Bui Tu Tan,<br><br>          Plaintiff<br><br>v.<br><br>Pamela Bondi, et. al.,<br><br>          Defendants | Case No. 2:26-cr-00412-CDS-NJK<br><br>**Order Setting Hearing on Petitioner's Motion for a Status Conference**<br><br>[ECF No. 8] |

   Petitioner Bui Tu Tan filed a motion requesting a status check. ECF No. 8. In the motion, Tan's counsel requests that the respondents provide a status on the petitioner's whereabouts because Tan cannot be located through any online detainee locator system searches. *Id.* at 2. Although the response to this motion is not due until March 18, 2026, I find this issue should be addressed without delay. Therefore, the parties are ordered to appear for a status conference on March 12, 2026, at 3:00 p.m. in LV Courtroom 6B.

   Dated: March 5, 2026

                                                    _____
                                                    Cristina D. Silva
                                                    United States District Judge