UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bui Tu Tan,

          Petitioner

v.

Todd Blanche, et. al.,

          Respondents

Case No. 2:26-cv-00412-CDS-NJK

**Order Granting Petitioner's
Unopposed Motion to Dismiss**

[ECF No. 21]

Petitioner Bui Tu Tan's counsel is voluntarily dismissing Tan's petition for writ of habeas corpus on the ground that he is no longer in the custody of the Department of Homeland Security. ECF No. 21. Counsel represents that they received confirmation of Tan's removal to his country of origin. *Id.* at 2. Accordingly, Tan's motion to dismiss **[ECF No. 21] is granted**, and the petition is dismissed as moot.

The Clerk of Court is kindly directed to close this case.

Dated: April 28, 2026

_____
Cristina D. Silva
United States District Judge